# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LAWRENCE J. SWIFT**  **PLAINTIFF**
**ADC # 111527**

VS.                          3:24-CV-00068-JM-JTK

**HEATH DUNAGAN, et al.**                          **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. Plaintiff did not file objections to the recommendation, instead he filed an amended complaint. In light of the amended complaint, the Court declines to adopt the Proposed Findings and Recommended Disposition, docket # 4. The case is referred back to Judge Kearney to review in light of Plaintiff's amended pleading.

DATED this 14th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE