IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LAWRENCE J. SWIFT**  **PLAINTIFF**
**ADC # 111527**

VS.  3:24-CV-00068-JM-JTK

**HEATH DUNAGAN, et al.**  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.  No objections have been filed.[1]  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's Amended Complaint (Doc. No. 5) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. I recommend that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

DATED this 3rd day of July, 2024.

---

1 Plaintiff's amended complaint filed May 24, 2024 contains no additional facts which would require re-screening.

2

UNITED STATES DISTRICT JUDGE